UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| VONDE BROWN, | CASE NO. C25-1514JLR |
| Plaintiff, | ORDER |
| v. |  |
| SEATTLE POLICE DEPARTMENT, et al., |  |
| Defendants. |  |

On August 7, 2025, *pro se* Plaintiff Vonde Brown filed a motion to proceed in forma pauperis ("IFP"), which the court granted on August 14, 2025. (*See* IFP Motion (Dkt. # 1); 8/14/25 Order (Dkt. # 3).) On January 9, 2026,[1] the court issued an order directing Mr. Brown to show cause by no later than January 19, 2026, why the court should not dismiss this case for failure to serve Defendants the Seattle Police Department

---

[1] The OSC order erroneously states February rather than January.

ORDER - 1

and Virginia Mason Hospital (collectively, "Defendants") with a summons and copy of the complaint within the timeframe provided in Federal Rule of Civil Procedure 4(m). (*See* 1/9/26 OSC Order (Dkt. # 7).)  Although that deadline expired approximately two months ago, Mr. Brown has neither responded to the court's order nor filed an affidavit of service on Defendants.  (*See generally* Dkt.)  Accordingly, the court DISMISSES Mr. Brown's complaint (Dkt. # 4) and this action without prejudice.

Dated this 17th day of March, 2026.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2